UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16-cv-14112-KAM

DAVID POSCHMANN,

    Plaintiff,

v.

PAPA SIERRA, LLLP,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, DAVID POSCHMANN, and Defendant, PAPA SIERRA, LLLP, stipulate, and the parties agree to dismiss this case with prejudice, both sides to bear their own fees and costs.

DATED this **20th** day of **December**, 2016.

Respectfully Submitted,

| | |
|---|---|
| **DREW M. LEVITT, ESQUIRE** | **LAW OFFICES OF NOLAN KLEIN, P.A.** |
| Florida Bar No. 782246 | *Attorneys for Defendant* |
| **LEE D. SARKIN, ESQUIRE** | One East Broward Boulevard |
| Florida Bar No. 962848 | Wells Fargo Tower, Suite 1500 |
| *Attorneys for Plaintiff* | Fort Lauderdale, Florida 33301 |
| 4700 NW Boca Raton Blvd. Ste. 302 | Tel: (954) 745-0588 |
| Boca Raton, Florida 33431 | klein@nklegal.com |
| Tel: (561) 994-6922 | amy@nklegal.com |
| Fax: (561) 994-0837 | richards@nklegal.com |
| | |
| By: */s/ Drew Levitt* | By: */s/ Jordan Richards* |
| **DREW LEVITT, ESQUIRE** | **NOLAN K. KLEIN, ESQUIRE** |
| Florida Bar No. 782246 | Florida Bar No. 647977 |
| **LEE D. SARKIN, ESQUIRE** | **JORDAN RICHARDS, ESQUIRE** |
| Florida Bar No. 962848 | Florida Bar No. 108372 |
| *Dml2@bellsouth.net* | *klein@nklegal.com* |
| *lsarkin@aol.com* | *amy@nklegal.com* |
| | *richards@nklegal.com* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **20th** day of **December, 2016**.

By: _/s/ Jordan Richards_
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST:

**DREW M. LEVITT, ESQUIRE**
Florida Bar No. 782246
**LEE D. SARKIN, ESQUIRE**
Florida Bar No. 962848
4700 NW Boca Raton Blvd. Ste. 302
Boca Raton, Florida 33431
Tel: (561) 994-6922
Fax: (561) 994-0837
*Counsel for Plaintiff, David Poschmann*
Dml2@bellsouth.net
lsarkin@aol.com