UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14112-CIV-MARRA

DAVID POSCHMANN,

    Plaintiff,

v.

PAPA SIERRA, LLLP,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This Cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, which was filed on December 20, 2016 (DE 21). The Court has reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk of this Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of December, 2016.

_____
KENNETH A. MARRA
United States District Judge